88

01cv1786mcexttm

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARY SADLER

V.

GOVERNOR ROWLAND, ET AL.

2003 OCT 17 P 4:05

: PRISONER
: CIVIL ACTION NO. 3:01CV1786(CFD)(WIG)
:
:
: OCTOBER 14, 2003

## MOTION FOR EXTENSION OF TIME

The plaintiff, Gary Sadler who is pursuing pro se moves this Court for an unlimited or thirty day extension of time for responding to the defendants' Motion To Dismiss (or an extension of time until it's pending Motion for Injunction). In support thereof the plaintiff states the

[...] 3, 2003 the plaintiff requested a thirty (30) day extension of time to respond [...] 2003 Motion To Dismiss because he was in the process of awaiting [In]mates' Legal Assistance Program (ILAP). On September 26, 2003 the Court [ord]ered the plaintiff to submit his Response by October 15, 2003 citing that case will be dismissed.

On September 29, 2003 the plaintiff received correspondence from ILAP [...] assist the plaintiff unless he provides them with a copy of all the [c]ase (enclosed please see a copy of such letter).¹

[...]tely and as previously noted on several occasions, the plaintiff does not have [a copy] of the hundreds of documents (that this case consist of) and this

ILAP has asked the plaintiff on more than one occasion to forward copies of all documents [...] has never asked the plaintiff for such on any prior occasion and on September 29, 2003 [...] this. To date he has not received a response.

---

10/1/03 Case no. 3:01cv1786 (CFD) (WIG) Plaintiff's Motion for Extension of Time [doc. # 87] to respond to the motion to dismiss is GRANTED. The plaintiff shall file his response on or before November 28, 2003. The court hereby gives express notice to the pro se plaintiff that "failure to submit a memorandum in opposition to [the] motion may be deemed sufficient cause to grant the motion," Rule 9(a), D. Conn. L. Civ. R. (D. Conn.), and that if no opposition is filed on or before November 28, 2003, the defendants' motion shall be granted.

FILED
2003 NOV -3 P 2:17
US DISTRICT COURT
BRIDGEPORT CT

William I. Garfinkel
United States Magistrate Judge