FILED

2003 NOV -4 P 12: 10

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY SADLER | : | PRISONER<br>CIVIL NO. 3:01CV1786 (CFD)(WIG) |
| v. | : | |
| GOVERNOR JOHN ROWLAND, ET AL. | : | NOVEMBER 3, 2003 |

### MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

By Motion dated October 14, 2003, the plaintiff in the above case requested an unlimited or thirty day extension of time or an extension of time until the Court rules on the plaintiff's pending Motion for Injunction, within which to respond to defendants' Motion to Dismiss in the above case.

The defendants have no objection to a reasonable extension of time, but they do object to an unlimited extension of time.

DEFENDANTS
Governor John Rowland, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Robert F. Vacchelli
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05222
E-Mail: robert.vacchelli@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of November, 2003:

Gary Sadler #236395
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Sr. Asst. Atty. General Mark R. Davis
Office of the Attorney General
900 East Main Street
Richmond, VA 23219

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Robert F. Vacchelli
Assistant Attorney General