DENIED, without prejudice. The plaintiff seeks a court order directing the defendants to provide him with free copies and postage. The motion fails to include any facts in support of the relief requested or the legal basis for such a request. In addition, the plaintiff has failed to file a memorandum in support of his motion as required by Local Rule 7(a)(1) of the Local Rules for the District of Connecticut. Accordingly, the motion is denied, without prejudice. So ordered.

Christopher F. Droney
United States District Judge
12/5/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRISONER

CIVIL ACTION NO. 3:01cv1786 (CFD)(WIG)

NLAND ET AL.

MARCH 20th, 2003

## MOTION FOR PRELIMINARY AND TEMPORARY INJUNCTION

The plaintiff in this action hereby moves this court for a preliminary injunction requiring the defendants, under the authority of John R otherwise any other existing commissioner of (correction) to provide with copies and postage at state expense in order to fulfill his right to access the courts (and a more appropriate remedy as in support thereof the plaintiff submits the attached affidavit.

Respectfully Submitted,

_____
Plaintiff - Pro Se
Gary Sadler #236,595
Corrigan C.I.
986 Norwich - New London Tpk.
Uncasville, CT 06382

### CERTIFICATION

I hereby certify that a written copy of the foregoing was mailed to the this 20th day of March 2003: Robert F. Vacchelli, Assistant Attorney General, at Hartford, CT 06105.

_____
Plaintiff
Gary Sadler