FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JAN 12 P 4: 15

US DISTRICT COURT
BRIDGEPORT CT

GARY SADLER                     :   PRISONER
                                    CIVIL NO.3:01CV1786(CFD)(WIG)

v.                              :

GOVERNOR JOHN ROWLAND, ET AL.   :   JANUARY 8 ,2004

## MOTION FOR PRELIMINARY AND TEMPORARY INJUNCTION

The plaintiff in this civil rights action hereby moves this Court for a preliminary and temporary injunction requiring the CT DOC defendants, under the athority of John Armstrong (or otherwise any other acting or existing commissioner of correction) to provide the plaintiff with the necessary photocopies and postage at state expense in order to fulfill the plaintiff's right to access the courts. In support thereof the plaintiff submits the attached memorandum of law with an affidavit containing the facts.

                                PLAINTIFF
                                Gary Sadler

                                BY: /s/ Gary Sadler
                                Gary Sadler #236395
                                MacDougall Correctional Inst.
                                1153 East Street South
                                Suffield, CT 06080

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 8th day of January, 2004:

Mark R. Davis                          Robert Vacchelli and Steven Strom
Senior Assistant Attorney General      Assistant Attorney General
900 East Main Street                   110 Sherman Street
Richmond, VA 23219                     Hartford, CT 06105

                                /s/ Gary Sadler
                                Plaintiff, Pro Se