UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JAN 12 P 4: 15

US DISTRICT COURT

| | | |
|---|---|---|
| GARY SADLER | : | PRISONER<br>CIVIL NO.3:01CV1786(CFD)(WIG) |
| v. | : | |
| GOVERNOR JOHN ROWLAND, ET AL. | : | JANUARY 9, 2004 |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION
## FOR PRELIMINARY AND TEMPORARY INJUNCTION

The plaintiff, Gary Sadler who is proceeding pro se in this civil rights action moves this Court for an injunction requiring the CT DOC defendants to provide him with a reasonable amount of photocopies and postage at state expense for the following reasons:

(1) By law "(i)t is indisputable that indigent inmates must be provided at state expense with paper and pen to draft legal documents, with notarial services to authenticate them, and with stamps to mail them." See Bounds v. Smith, 430 U.S. 817, 824 (1977). "Regulations and practices that unjustifiably obstruct... the right of access to the courts are invalid." Chandler v. Cpughlin, 763 F.2d 110, 114 (2nd Cir.1985); see also Gluth v. Kangas, 951 F.2d 1508-09 (9th Cir.1991) (forcing an inmate between hygienic supplies and essential legal supplies is unconstitutional). Also, this right is not comprised of unlimited access but rather reasonable and meaningful access. See Dugar v. Coughlin, 613 F.Supp. 489, 853-54 (S.D.N.Y. 1985); Gittens v. Sullivan, 848 F.2d 389-390 (2nd Cir.1988).

(2) As set forth on the attached affidavit, the plaintiff is unable to furnish the funds to pay for photocopies and postage for documents that have to be filed in this case. Just because he is not indigent as defined by the DOC does not mean he is not literally unable to pay for such. Under the described circumstances it is clear that he has a right to access the courts.

**WHEREFORE**, for the foregoing reasons the plaintiff requests this Court to order the defendants to provide him with reasonable photocopies and postage at state expense.

PLAINTIFF
Gary Sadler

BY: _____
Gary Sadler #236395
MacDougall Correctional
1153 East Street South
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this ___ day of January, 2004:

Mark R. Davis
Senior Assistant Attorney General
900 East Main Street
Richmond, VA 23219

Robert Vacchelli and Steven Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Plaintiff, Pro Se