FILED

2004 JAN 26 P 12: 26

US DISTRICT
BRIDGEPORT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| GARY SADLER | : | PRISONER<br>CIVIL NO. 3:01 CV 1786 (CFD) (WIG) |
| V. | : |  |
| GOVERNOR ROWLAND, ET AL. | : | JANUARY 23, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendants, Governor Rowland, et al., by the through their undersigned counsel and pursuant to Local Rule 7(b), Rules of the United States District Court for the District of Connecticut, respectfully request a 30 day extension of time, to and including March 1, 2004, within which to file a response to the plaintiff's Motion for Preliminary and Temporary Injunction dated January 8, 2004 in the above case wherein the plaintiff, pro se inmate seeks unlimited free postage and photocopies for his litigation. This is plaintiff's second such Motion. The first was denied on December 5, 2003. Attachment A.

The additional time is needed to collect information necessary for the defense.

The undersigned is unable to contact the pro se inmate plaintiff in advance of the filing of this motion to determine his position with respect to this request. This is the defendants' first request for extension of time with respect to this same time limitation.

WHEREFORE, we urge the court to grant the defendants a 30 day extension of time, to and including March 1, 2004, within which to file a Motion or response to the plaintiff's Motion for Preliminary and Temporary Injunction.

# ATTACHMENT A

DENIED, without prejudice. The plaintiff seeks a court order directing the defendants to provide him with free copies and postage. The motion fails to include any facts in support of the relief requested or the legal basis for such a request. In addition, the plaintiff has failed to file a memorandum in support of his motion as required by Local Rule 7(a)(1) of the Local Rules for the District of Connecticut. Accordingly, the motion is denied, without prejudice. So ordered.

/s/ Christopher F. Droney
Christopher F. Droney
United States District Judge
12/5/03

---

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRISONER

CIVIL ACTION NO. 3:01cv1786 (CFD)(WIG)

ALAND ET AL.                                    MARCH 20th, 2003

## MOTION FOR PRELIMINARY AND TEMPORARY INJUNCTION

The plaintiff in this action hereby moves this court for a preliminary injunction requiring the defendants, under the authority of John D. otherwise any other existing commissioner of (correction) to provide with copies and postage at state expense in order to fulfill his right to access the courts (and/or issue appropriate remedy) in support thereof the plaintiff submits an attached affidavit.

Respectfully Submitted,

/s/ Gary Sadler
Plaintiff - Pro Se
Gary Sadler #236595
Corrigan C.I.
986 Norwich - New London Tpk.
Uncasville, CT 06382

### CERTIFICATION

I hereby certify that a written copy of the foregoing was mailed to the 20th day of March 2003: Robert F. Vacchelli, Assistant Attorney General, _____, Hartford, CT 06105.

/s/ Gary Sadler
Plaintiff
Gary Sadler