UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| GARY SADLER | : | PRISONER<br>CIVIL NO. 3:01CV1786 (CFD)(WIG) |
| v. | : | |
| GOVERNOR ROWLAND, ET AL. | : | FEBRUARY     2004 |

## AFFIDAVIT OF WARDEN MICHAEL CARTER

State of Connecticut   )
                       ) ss: Suffield         February ____, 2004
County of Hartford     )

The undersigned, Warden Michael E. Carter, being duly sworn, deposes and says:

1. I am employed by the Connecticut Department of Correction and I am the Warden of the MacDougall-Walker Correctional Institution.

2. As Warden, I am familiar with the facility rules and practices concerning grievances and inmate money accounts, and the records of inmates concerning grievances and inmate money accounts.

3. The MacDougall-Walker Correctional Institution has rules in place affording inmates an administrative remedy for complaints about conditions of their confinement and the actions of officers, including complaints about postage and photocopies, in DOC Directive 9.6, Inmate Grievances. A copy of that directive is attached hereto in Exhibit A.

4. At the request of the Office of the Attorney General, I had my staff review the records of the MacDougall-Walker Correctional Institution to determine if Inmate Gary Sadler,

No. 236395, filed any grievances recently concerning postage or photocopies and there were none.

    5.   Also at the request of the Office of the Attorney General, I obtained the inmate account records for Mr. Saddler for the past four months, and a copy of that report is attached in Exhibit B.

Dated at Suffield, Connecticut, this _____ day of February, 2004.

_____
Warden Michael E. Carter

Subscribed and sworn to before me this _____ day of February, 2004.

_____
Notary Public / Commissioner of Superior Court

                    DEFENDANTS
                    Governor Rowland, et al.

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY: _____
     Robert F. Vacchelli
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT  06105
     Federal Bar #ct05222
     E-Mail:  robert.vacchelli@po.state.ct.us
     Tel.: (860) 808-5450
     Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this ____ day of February, 2004:

Gary Sadler #236395
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

                                      _____
                                      Robert F. Vacchelli
                                      Assistant Attorney General