**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


**GARY SADLER**

    **V.**                                     **PRISONER**
                                   **CASE NO. 3:01CV1786 (CFD)(WIG)**

**GOVERNOR ROWLAND, ET AL.**

**RULING ON PENDING MOTION**

Pending before the court is a motion for protective order filed by defendants Richard Young, Stanley Young, Officers O'Quinn, King, Rich, Fleming and Rider.  These defendants seek a protective order extending the permissible time in which to respond to the plaintiff's pending discovery requests until after the court's ruling on their motions to dismiss.  The plaintiff has not filed a response to this motion.  Thus, the Motion for Protective Order [doc. #84] is GRANTED absent objection.

Defendants Rowland, Armstrong, Tokarz, Milling, Masella, Ottolini, Woodcock and Saladini seek an extension of time to respond to plaintiff's motion for injunctive relief.  The Motion [doc. # 96] is GRANTED.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 17th  day of March, 2004.


                         /S/ William I. Garfinkel
                         William I. Garfinkel
                         United States Magistrate Judge