UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARY SADLER

v.

GOVERNOR JOHN ROWLAND, ET AL.

PRISONER
: CIVIL NO. 3:01cv1786(CFD)
:
: MARCH 31, 2004

FILED
2004 APR -7 P 4: 55
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## NOTICE/REQUEST

The pro se plaintiff in this civil rights action hereby gives notice that his request for an injunction dated January 8, 2004 may not be necessary due to the following:

At the moment the plaintiff is in contact with the contracted legal firm that assists inmates with respect to access to the courts. Throughout such contact there has been discussions as to providing the plaintiff with the necessary photocopies needed (in order to provide the court and the defendants with proof that the plaintiff has exhausted his administrative remedies). Should the plaintiff be provided with the photocopies, the ongoing request for an injunction may not be necessary.

Therefore, if the court has any intention in ruling on the plaintiff's request for the injunction within the next thirty (30) days, the plaintiff requests a hold off on the ruling until it is determined whether the plaintiff will obtain the photocopies without court intervention.

The plaintiff also notes that this notice/request was not submitted at an earlier date because he recently spent over a week in solitary confinement (without access to the documents in this case) followed by a weeks confinement due to a facility lockdown (to which the plaintiff was unable to send off correspondence to the contracted firm).

PLAINTIFF
Gary Sadler

BY: _____
Gary Sadler #236995
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a written copy of the foregoing Notice/Request was mailed to the following on this 31st day of March, 2004:

Mark R. Davis
Senior Assistant Attorney General
900 East Main Street
Richmond, Virginia 23219

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Robert Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Plaintiff - Pro Se