UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARY SADLER
v.
GOVERNOR JOHN ROWLAND, ET AL.

PRISONER
CIVIL NO. 3:01CV1786 (CFD)(WIG)

AUGUST 10, 2004

FILED
2004 AUG 13 P 3:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## REQUEST FOR PHOTOCOPY OF PLAINTIFF'S AMENDED COMPLAINT

The pro se plaintiff in this civil rights action hereby states that he is in need of a copy of the amended complaint of his claims because his copy has been lost.

The plaintiff also states that a copy of such is necessary in order to provide the Court with proof that he has exhausted his administrative remedies (to which he is now able to provide the Court and the defendants with).

PLAINTIFF
Gary Sadler
By: _____
Gary Sadler #236345
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

### DECLARATION

I hereby certify that everything herein is true and correct to the best of my knowledge.
_____
Gary Sadler

### CERTIFICATION

I hereby certify that written copy of the foregoing was mailed to the following on this 10th day of August, 2004: Mark R. Davis, Senior Assistant Attorney General, 900 East Main Street, Richmond, Virginia 23219

Steven R. Strom & Robert Vacchelli, Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105

_____
Gary Sadler