UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| GARY SADLER | : | PRISONER<br>CIVIL NO. 3:01CV1786 (CFD)(WIG) |
| v. | : |  |
| GOVERNOR JOHN ROWLAND, ET AL. | : | AUGUST 25, 2004 |

**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S REQUEST FOR PHOTOCOPY OF PLAINTIFF'S AMENDED COMPLAINT DATED AUGUST 10, 2004**

By pleading dated August 10, 2004, entitled "Request for Photocopy of Plaintiff's Amended Complaint" the plaintiff pro se inmate in the above case asks this court to send him a free copy of this Amended Complaint "because his copy has been lost." Plaintiff's Request, p. 1. He alleges the document is necessary "in order to provide the Court with proof that he has exhausted his administrative Remedies (to which he is now able to provide the Court and the defendants with)." [sic] Id. We urge the court to deny the request.

Although plaintiff may have been permitted to file his complaint in forma pauperis, this status only relieves him of the cost of filing his action. He is not automatically entitled to copies or other materials. See Guinn v. Hoecker, No. 94-1257, 1994 WL 702684 (10th Cir. Dec. 15 1994) (28 U.S.C. § 1915 does not include free copies of any document in record; court may constitutionally require indigent plaintiff to demonstrate need for free copy) cert. denied 514 U.S. 1118 (1995); Douglas v. Green, 327 F.2d 661, 662 (6th Cir. 1964) (28 U.S.C. § 1915 does not include the right to receive copies of court orders without payment). Accordingly, before plaintiff can receive free copies from the court, he must demonstrate (1) why he needs a copy; and (2) lack of funds to pay for the document at 50 cents per page. Browdy v. Karpe, No. 3:00 CV 1866 (CFD)(WIG) (Ruling and Order, March 26, 2003), Attachment A.

In the instant case, plaintiff fails to demonstrate necessary proof. He does not explain why he needs a copy of the Amended Complaint to prove that he has exhausted his administrative remedies, particularly considering the fact that he contends that he is now able to provide the court and defendants with such proof. Also plaintiff does not show inability to pay. To the contrary, his inmate account shows that he has money, but spends it on other options. See Inmate Account, Attachment B.

Wherefore, we urge the court to deny plaintiff's request.

>                    DEFENDANTS
>                    Governor John Rowland, et al.
>
>                    RICHARD BLUMENTHAL
>                    ATTORNEY GENERAL
>
>
> BY:   __/s/_____
>                    Robert F. Vacchelli
>                    Assistant Attorney General
>                    110 Sherman Street
>                    Hartford, CT  06105
>                    Federal Bar #ct05222
>                    E-Mail: robert.vacchelli@po.state.ct.us
>                    Tel: (860) 808-5450
>                    Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 25th day of August, 2004:

Gary Sadler #236395
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Sr. Asst. Attorney General Mark R. Davis
Office of the Attorney General
900 East Main Street
Richmond, VA 23219

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General