```
IM117                CONNECTICUT DEPARTMENT OF CORRECTION          QTRTASTA
                                                                   4.10.0.0.9 TR
                     T R U S T   A C C O U N T   S T A T E M E N T
```

DOC: 0000236395    Name: SADLER, GARY                    DOB: 01/17/1979
LOCATION: 137-J

Max Date:

ACCOUNT BALANCES  Total :   0.61    CURRENT:   0.61    HOLD:    0.00

                          05/24/2004      08/24/2004

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| HOLIDAY PACKAGES | 0.00 | 0.00 |
| PLRA | 0.00 | 0.61 |
| SPENDABLE BALANCE | 0.07 | 0.00 |

DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|
| COMM | COMMISSARY LOAN | 11262002 | 0.00 | 32.37 |

TRANSACTION DESCRIPTIONS --    HOLIDAY PACKAGES SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --    PLRA SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 08/20/2004 | OT | Sub-Account Transfer | 0.61 | 0.61 |

TRANSACTION DESCRIPTIONS --    SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 05/26/2004 | DSP | M58 /HALL DSP /FUL /Rg:1 7 @0.75  05/07/2004-05/13/2004 M58 /HAL | 10.50 | 10.57 |
| 06/01/2004 | CRS | CRS SAL ORD #2483113 D1 | ( 10.20) | 0.37 |
| 06/08/2004 | DMR | Mail Receipts 137 | 25.00 | 25.37 |
| 06/10/2004 | CRS | CRS SAL ORD #2504336 D1 | ( 25.24) | 0.13 |
| 06/10/2004 | DSP | M58 /HALL DSP /FUL /Rg:1 7 @0.75  05/21/2004-05/27/2004 M58 /HAL | 10.50 | 10.63 |
| 06/18/2004 | CRS | CRS SAL ORD #2518862 D1 | ( 10.00) | 0.63 |
| 06/25/2004 | CRS | CRS SAL ORD #2530677 D1 | ( 0.45) | 0.18 |
| 06/25/2004 | CEC | CEC SAL ORD #2530677 | 0.45 | 0.63 |
| 06/29/2004 | DSP | M58 /HALL DSP /FUL /Rg:1 7 @0.75  06/04/2004-06/10/2004 M58 /HAL | 10.50 | 11.13 |
| 07/02/2004 | CRS | CRS SAL ORD #2543652 D1 | ( 11.01) | 0.12 |
| 07/13/2004 | DSP | M58 /HALL DSP /FUL /Rg:1 7 @0.75  06/18/2004-06/24/2004 M58 /HAL | 10.50 | 10.62 |
| 07/16/2004 | CRS | CRS SAL ORD #2568428 D1 | ( 10.45) | 0.17 |
| 07/20/2004 | DSP | M58 /HALL DSP /FUL /Rg:1 0 | 0.00 | 0.17 |

```
IM117                 CONNECTICUT DEPARTMENT OF CORRECTION         OTRTASTA
                         TRUST  ACCOUNT  STATEMENT               4.10.0.0.9 TR
```

DOC: 0000236395    Name: SADLER, GARY                DOB: 01/17/1979
LOCATION: 137-J
                                                    Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
|  |  | @0.75      07/02/2004-07/08/2004 |  |  |
|  |  | M58 /HAL |  |  |
| 07/30/2004 | WFMD | Med Dental Fee  137   72104 | ( 0.17) | 0.00 |
| 08/06/2004 | DMR | Mail Receipts  137 | 15.00 | 15.00 |
| 08/06/2004 | DSP | M58 /HALL DSP /FUL   /Rg:1 7 | 10.50 | 25.50 |
|  |  | @0.75      07/16/2004-07/22/2004 |  |  |
|  |  | M58 /HAL |  |  |
| 08/06/2004 | CRS | CRS SAL ORD #2607655 D1 | ( 16.24) | 9.26 |
| 08/13/2004 | CRS | CRS SAL ORD #2618542 D1 | ( 8.61) | 0.65 |
| 08/19/2004 | DSP | M58 /HALL DSP /FUL   /Rg:1 7 | 10.50 | 11.15 |
|  |  | @0.75      07/30/2004-08/05/2004 |  |  |
|  |  | M58 /HAL |  |  |
| 08/20/2004 | CRS | CRS SAL ORD #2629910 D1 | ( 10.54) | 0.61 |
| 08/20/2004 | OT | Sub-Account Transfer | ( 0.61) | 0.00 |