UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

GARY SADLER

v.

GOVERNOR JOHN ROWLAND, ET AL.

: PRISONER
: CIVIL NO. 3:01CV1786(CFD)(WIG)
:
: AUGUST 30, 2004

2004 SEP -3 P 12: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

PLAINTIFF'S RESPONSE TO DEFENDANTS MEMORANDUM IN
OPPOSITION TO REQUEST FOR PHOTOCOPY OF PLAINTIFF'S AMENDED COMPLAINT

On April 16, 2004 I sent all of my original copies of the documents in this case to Inmates' Legal Assistance Program in order to receive assistance from the program (such program would not assist me unless I sent them all of the documents in this case; I sent them the originals because I was unable to afford to pay for copies of them at 25¢ per page).

On July 26, 2004 the program returned the documents to me along with copies of several grievance complaints I sent them (ie, proof that I exhausted my administrative remedies). However, the one and only copy of my amended complaint was missing from the documents they returned to me. Therefore, on August 9, 2004 I wrote them about such but I have not received a response as of yet (ordinarily it takes them up to 4 months to respond).

I cannot send the court and the defendants proof that I exhausted my administrative remedies (ie, copies of various grievance complaints) because I'm unable to pinpoint which exhausted administrative remedy pertain to which claim identified in the amended complaint. I cannot do this without a copy of the amended complaint. Should I send such to this court without specifically identifying which administrative remedy pertains to which claim, the court will be left to figure such out on its own, which in turn may be impossible due to the amount of documents they consist of.

Also, at the moment I have 0.00 in my inmate account. I get paid $10.50 every two weeks for a job I have, to which I have to use to purchase prison necessities and to which in essence is not enough for all of the necessities I need (it is worth noting that the DOC does not provide non-indigent inmates with necessities at state expense; an indigent inmate is defined by the DOC as an inmate who has not had more than five dollars in the previous 90 days). Therefore, unless I decide to deprive myself of prison necessities, I simply don't have any money to pay for copies of my amended complaint from the Court at 50¢ per page at this time.

Based on the foregoing I urge this Court to provide me with a copy of my amended complaint so that the pleadings will be closed in this case.

PLAINTIFF
Gary Sadler

BY: _____
Gary Sadler #236395
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

DECLARATION

I declare under penalty of perjury that everything herein is true and correct

_____
Gary Sadler

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of August, 2004:

Robert Vacchelli and Steven R. Strom        Mark R. Davis
Assistant Attorney General                  Senior Assistant Attorney General
110 Sherman Street                          900 East Main Street
Hartford, CT 06105                          Richmond, Virginia 23219

_____
Gary Sadler