UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GARY SADLER                          :
    Plaintiff                  :
                                        :       PRISONER
v.                                            :       CASE NO. 3:01 CV 1786 (CFD)(WIG)
                                        :
GOVERNOR ROWLAND, ET AL.   :
    Defendants.              :

## RULING AND ORDER

Pending before the court is the plaintiff's motion for injunctive relief [Doc. # 95]. The plaintiff seeks a court order directing the Commissioner of the State of Connecticut Department of Correction to provide him with photocopies and postage. He claims that he plans to file an amended complaint and needs to attach copies of grievances to show that he has exhausted his administrative remedies as to the claims in the amended complaint. He contends that he cannot afford the cost of copying the grievances. In a notice to the court filed on April 7, 2004, the plaintiff states that his request for injunctive relief may not be necessary because Inmates' Legal Assistance Program has agreed to make him the necessary copies of grievances. (See Doc. # 99.) He asks the Court to delay ruling on his motion for injunctive relief.

The Court notes that in a motion seeking a copy of his amended complaint [Doc. # 100], filed on August 13, 2004, the plaintiff indicates that the Inmates' Legal Assistance Program did

in fact make him the necessary copies of grievances.[1]  Accordingly, the plaintiff's Motion for Preliminary and Temporary Injunction **[Doc. # 95]** is **DENIED** as moot.

SO ORDERED this __13th__ day of September, 2004, at Hartford, Connecticut.

___/s/ CFD_____
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**

---

[1] The court will address the plaintiff's request for a copy of the amended complaint in a separate ruling.