UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
GARY SADLER                     :
                                :         PRISONER
     v.                         :   Case No. 3:01CV1786(CFD)(WIG)
                                :
JOHN ROWLAND, et al.            :
```

RULING AND ORDER

Pending is plaintiff's motion for a copy of the amended complaint.  He states that his copy has been lost and he needs a copy to submit with his motion for leave to amend.

Although plaintiff was permitted to file his complaint <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915, this status only permits him to file the action without prepayment of the filing fee.  Plaintiff is not automatically entitled to copies or other materials.  See <u>Guinn v. Hoecker</u>, 43 F.3d 1483 (10th Cir. 1994) (28 U.S.C. § 1915 does not include right to free copy of any document in record; court may constitutionally require indigent plaintiff to demonstrate need for free copy); <u>Douglas v. Green</u>, 327 F.2d 661, 662 (6th Cir. 1964) ( 28 U.S.C. § 1915 does not include the right to receive copies of court orders without payment).

Thus, plaintiff's motion for a free copy is denied.  The amended complaint is sixteen pages in length.  Plaintiff may

receive a copy of the complaint by submitting a check or money order payable to the Clerk of Court in the amount of $8.00.  If plaintiff cannot afford the copy charge, he may file a renewed motion with the court including a copy of his inmate account balance to demonstrate his inability to pay for the copy.

## Conclusion

The Motion for Copy of Amended Complaint [**doc. #100**] is **DENIED** without prejudice.

**SO ORDERED** this 17th day of September, 2004, at Bridgeport, Connecticut.

/s/ William I. Garfinkel

WILLIAM I. GARFINKEL
UNITED STATES MAGISTRATE JUDGE