UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| GARY SADLER | : | PRISONER<br>CIVIL NO. 3:01CV1786 (CFD)(WIG) |
| v. | : |  |
| GOVERNOR JOHN ROWLAND, ET AL. | : | SEPTEMBER 21, 2004 |

**MOTION FOR EXTENSION OF TIME**

The Connecticut defendants in the above case, John Rowland, et al., by and through their undersigned counsel and pursuant to Local Rule 7(b), Rules of the United States District Court for the District of Connecticut, respectfully request a 20 day extension of time, to and including October 18, 2004, within which to answer the remaining allegations in the Amended Complaint in the above case.

The additional time is needed because the defendants recently received the Court's September 13, 2004, decision on defendants' Motion to Dismiss, and the additional time is needed to review the remaining allegations and prepare and mail the responsive pleading.

The plaintiff, pro se inmate, could not be contacted in advance of this motion to ascertain his position with respect to this request. This is defendants' first request with respect to this same time limitation.

Wherefore, the defendants request a 20 day extension of time, to and including October 18, 2004, within which to answer the remaining allegations in the Amended Complaint in the above case.

          DEFENDANTS
          Governor John Rowland, et al.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY:    /s/
          Robert F. Vacchelli
          Assistant Attorney General
          110 Sherman Street
          Hartford, CT  06105
          Federal Bar #ct05222
          E-Mail:  robert.vacchelli@po.state.ct.us
          Tel: (860) 808-5450
          Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 21st day of September, 2004:

Gary Sadler #236395
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Sr. Asst. Attorney General Mark R. Davis
Office of the Attorney General
900 East Main Street
Richmond, VA 23219

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

          /s/
          Robert F. Vacchelli
          Assistant Attorney General