UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| GARY SADLER | : | PRISONER<br>CIVIL NO. 3:01CV1786 (CFD)(WIG) |
| v. | : |  |
| GOVERNOR JOHN ROWLAND, ET AL. | : | OCTOBER 7, 2004 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

The defendants, John Rowland, et al., by and through their undersigned counsel, respectfully request that the automatic scheduling order in the above case be modified to permit defendants an additional 60 days, to and including December 13, 2004, within which to file a Motion for Summary Judgment in the above case.

The additional time is requested because the defendants received notice on September 15, 2004, that the court had dismissed parts of the complaint, and severed and transferred other parts. The defendants filed their answer on or about October 4, 2004. More time is needed to retrieve the facts and prepare necessary papers for a Motion for Summary Judgment. Also, the undersigned is presently responding to multiple deadlines in numerous other pending federal and state cases which are preventing work on the above matter. Plaintiff pro se inmate could not be contacted in advance of this writing to ascertain his position with respect to this request. This is defendants second request with respect to the scheduling order. The first was made in 2002.

**ORAL ARGUMENT NOT REQUESTED**

WHEREFORE, we request that the automatic scheduling order be modified to permit defendants an additional 60 days, to and including December 13, 2004, within which to file a Motion for Summary Judgment in this case.

          DEFENDANTS
          Governor John Rowland, et al.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY:     /s/
          Robert F. Vacchelli
          Assistant Attorney General
          110 Sherman Street
          Hartford, CT  06105
          Federal Bar #ct05222
          E-Mail:  robert.vacchelli@po.state.ct.us
          Tel: (860) 808-5450
          Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of October, 2004:

Gary Sadler #236395
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

          /s/
          Robert F. Vacchelli
          Assistant Attorney General