UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GARY SADLER

    V.

                                                PRISONER
                                 CASE NO. 3:01CV1786 (CFD)(WIG)

GOVERNOR ROWLAND, ET AL.

## RULING ON PENDING MOTION

The defendants seek an extension of time until December 13, 2004, to file a motion for summary judgment. The Motion [doc. # 111] is GRANTED. All motions for summary judgment shall be filed on or before December 13, 2004.

SO ORDERED at Bridgeport, Connecticut, this 20th day of October, 2004.

                                            /s/ William I. Garfinkel
                                            William I. Garfinkel
                                      United States Magistrate Judge