UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

GARY SADLER

VS

GOVERNOR JOHN ROWLAND, ET AL.

PRISONER
CIVIL NO.3:01CV1786(CFD)(WIG)

2004 OCT 21 P 3:23

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

OCTOBER __, 2004

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST TO MODIFY SCHEDULING ORDER

The plaintiff in this civil rights action requests the Court to deny the defendants' request to modify the scheduling order. The plaintiff opposes such request due to the fact that this is the defendants' second request to modify the scheduling order. The plaintiff also relies on the fact that this case has already been unduly delayed due to extensive preliminary matters being filed. Any further delay may infringe the plaintiff's ability to adequately present his claims.

PLAINTIFF
GARY SADLER

BY: /s/ Gary Sadler
Gary Sadler #236395
MacDougall CI
1153 East Street South
Suffield, CT 06080

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this ____ day of October, 2004:

Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

/s/ Gary Sadler
Gary Sadler