UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| GARY SADLER | : | PRISONER<br>CIVIL NO. 3:01CV1786 (CFD)(WIG) |
| v. | : |  |
| GOVERNOR ROWLAND, ET AL. | : | DECEMBER 7, 2004 |

## DEFENDANTS' MOTION FOR STAY

The defendants, John Rowland, et al., by and through their undersigned counsel, respectfully request a 60 day stay of the schedule for action in this case, to and including February 14, 2005, to permit exploration of settlement.

This case is a civil rights action by Gary Sadler, a pro se inmate, complaining about numerous events and conditions of confinement when he was housed in Virginia in 2000. The additional time is needed because the parties have been seriously discussing settlement recently, and defendants now need time to correspond with, and obtain the approvals of, two state agencies and numerous defendants concerning the proposals. In the meantime, defendants are required to file their Motion for Summary Judgment in this case on December 13, 2004. Defendants are prepared to meet that deadline, but believe that a stay would improve chances for settlement as it would permit time to focus on the negotiations, necessary consultations and settlement paper preparation, circulation and filing, as opposed to litigation. If settlement fails, defendants will file their Motion for Summary Judgment by February 14, 2005.

**ORAL ARGUMENT NOT REQUESTED**

Wherefore, the defendants request a 60 day stay of the schedule for action in this case, to and including February 14, 2005, to permit exploration of settlement.

DEFENDANTS
John Rowland, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Robert F. Vacchelli
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05222
E-Mail:  robert.vacchelli@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of December, 2004:

Gary Sadler #236395
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General