UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| GARY SADLER<br>   *Plaintiff*, | PRISONER<br>: CIV. NO. 3:01CV1786 (CFD)<br>:<br>: |
| v. | : |
| JOHN ROWLAND, ET AL.<br>   *Defendants*. | : DECEMBER 23, 2004 |

### MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, Gary Sadler, and the defendants, John Rowland, et al., hereby move for the dismissal of the above captioned lawsuit, with prejudice, in accordance with the attached Stipulated Settlement. The parties further respectfully request that the provisions of the Stipulated Settlement be incorporated herein consistent with <u>Kokkonen v. Guardian Life Insurance Co. of America</u>, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed. 2d 391 (1994) and they further move the Court for an order accordingly.

                                       PLAINTIFF
                                       Gary Sadler

BY: _____/s/_____
            Gary Sadler # 236395
            MacDougall-Walker Correctional Insti-
                tution
            1153 East Street South
            Suffield, CT 06080

                                          DEFENDANTS
                                          John Rowland, et al.

BY:      /s/
        Robert F. Vacchelli
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT 06105
        Tel No. (860) 808-5450
        FAX (860) 808-5591
        Robert.Vacchelli@po.state.ct.us
        Federal Bar No. Ct05222

## **CERTIFICATION**

This certifies that the foregoing was mailed this 10th day of January, 2005, to:

Gary Sadler # 236395
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

                                          /s/
                                      Robert F. Vacchelli
                                      Assistant Attorney General