UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| GARY SADLER<br>    *Plaintiff,* | PRISONER<br>: CIV. NO. 3:01CV1786 (CFD) |
|  | : |
| v. | : |
|  |  |
| JOHN ROWLAND, ET AL.<br>    *Defendants*. | : DECEMBER 23, 2004 |

## **STIPULATED SETTLEMENT**

WHEREAS, the above-entitled action was brought by Gary Sadler, as plaintiff, against John Rowland, et al., charging the defendants with causing the plaintiff to sustain certain injuries; and

WHEREAS the plaintiff and the defendants are desirous of settling the above-referenced action now pending between them; and

WHEREAS, the plaintiff and defendants agree that settlement of all of the issues raised by the above referenced action would best serve the interests of the parties; and

WHEREAS, the plaintiff has consented and does hereby consent to this Stipulated Settlement and agrees to be bound thereby; and

WHEREAS, the defendants, by and through their undersigned counsel, have consented and do hereby consent to this Stipulated Settlement and agree to be bound thereby;

NOW, THEREFORE, without trial or adjudication of any of the issues of fact or law raised by the complaint herein, or which could have been raised therein, the parties hereby stipulate and agree as follows:

1. The plaintiff shall immediately, and with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an order of dismissal of the above captioned lawsuit with respect the defendants, and shall execute and deliver, in advance, a General Release satisfactory to the defendants.

2. The plaintiff also shall immediately withdraw, with prejudice, the state court case of <u>Sadler v. Warden, MacDougall CI</u>, No. CV 03 0829181, and the <u>Claim of Gary Sadler</u>, File No. 20273 (2004) with respect the defendants and respondents named therein, and shall execute and deliver, in advance, a General Release satisfactory to the defendants and respondents named therein.

3. Following dismissal and withdrawal of the lawsuits and claim as discussed above, and receipt of the signed General Release, the State of Connecticut shall pay to the plaintiff the sum of two hundred dollars ($200.00) by a check made payable to the plaintiff.

4. The payment, set forth above, shall be a full and complete satisfaction of all damages, costs and fees, of any kind whatsoever, including attorney's fees, respecting the defendants former Governor John Rowland; former Commissioner John Armstrong; Attorney General Richard Blumenthal; former Deputy Commissioner Jack Tokarz; Lynn Milling; Department of Correction Health Services Unit; MacDougall Correctional Institution; General Assembly; Marcos Saladini; John Masella; Patricia Ottolini; Timothy Woodcock; Warden, MacDougall Correctional Institution, and all present or former officers, employees and agents of the State of Connecticut, all in their official and individual capacities, the Department of Correction and the State of Connecticut itself, which Gary Sadler, his heirs, successors, assigns and representatives ever had, now have, or hereafter can, shall or may have, for, upon or by any reason or any matter, cause or thing whatsoever from the beginning of the world to the date of this Stipulated Settle-

ment which are stated in or arise out of the factual incidents as set forth in his complaints and claim in the cases referenced in paragraphs 1 and 2, or which could have been set forth therein.

5.  It is expressly agreed and understood that the payment of the aforesaid sum and the fulfillment of the conditions in this stipulated settlement are not an admission of wrongdoing or liability on the part of the defendants or respondents to the actions referenced in paragraphs 1 and 2 or of any other present or former officer, agent or employee of the State of Connecticut, Department of Correction or of the State of Connecticut itself, but rather constitute a compromised settlement of the disputed claims made in the actions set forth above.

6.  It is further agreed and understood that the payment to the plaintiff in this settlement shall be exempt from collection by the State Financial Services Center respecting plaintiff's reimbursable debts owed to the State, including costs of incarceration, but no debts shall be excused.

7.  The parties agree that the terms and conditions of this Stipulated Settlement shall be incorporated into the motion for order of dismissal, referenced above, and that the United States District Court for the District of Connecticut may retain jurisdiction over this matter for the purpose of ensuring that all of the terms and conditions of this agreement are carried out as set forth herein.

8.  The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of this lawsuit with respect to the defendants in the above captioned case, and concerning the lawsuit and claim referenced in paragraph 2 above, and that the respective parties will each bear their own costs, fees and expenses, including any attorney's fees in all the matters referenced.

9.  The Clerk may be directed to close this case.

                                      PLAINTIFF
                                      Gary Sadler

DATE __1/5/05_____                By:_____/s/_____
                                      Gary Sadler # 236395
                                      MacDougall-Walker Correctional Insti-
                                           tution
                                      1153 East Street South
                                      Suffield, CT 06080


                                      DEFENDANTS
                                      John Rowland, et al.

DATE __1/10/05_____               By:_____/s/_____
                                      Robert F. Vacchelli
                                      Assistant Attorney General
                                      110 Sherman Street
                                      Hartford, CT 06106
                                      Tel No. (860) 808-5450
                                      FAX (860) 808-5591
                                      Robert.Vacchelli@po.state.ct.us
                                      Federal Bar No. Ct05222

**<u>CERTIFICATION</u>**

This certifies that the foregoing was mailed this 10th day of January, 2005, to:

Gary Sadler # 236395
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

_____/s/_____
Robert F. Vacchelli
Assistant Attorney General