115

FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*Approved and so ordered.* 

| | |
|---|---|
| **GARY SADLER**<br>*Plaintiff,* | PRISONER<br>CIV. NO. 3:01CV1786 (CFD) |
| v. | |
| **JOHN ROWLAND, ET AL.**<br>*Defendants.* | DECEMBER 23, 2004 |

### MOTION FOR ORDER OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, Gary Sadler, and the defendants, John Rowland, et al., hereby move for the dismissal of the above captioned lawsuit, with prejudice, in accordance with the attached Stipulated Settlement. The parties further respectfully request that the provisions of the Stipulated Settlement be incorporated herein consistent with <u>Kokkonen v. Guardian Life Insurance Co. of America</u>, 511 U.S. 375, 114 S.Ct. 1673, 128 L.Ed. 2d 391 (1994) and they further move the Court for an order accordingly.

PLAINTIFF
Gary Sadler

BY: _____
Gary Sadler # 236395
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

FILED
2005 JAN 14 P 1:10
U.S. DISTRICT COURT
HARTFORD, CT.